**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-147-RJC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER TO UNSEAL** |
| | ) **INDICTMENT** |
| | ) |
| MARTE JAVON EDWARDS, | ) |
| | ) |
| Defendant. | ) |

**UPON MOTION** of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment numbered above and Arrest Warrant be unsealed, and for good cause shown.

**IT IS HEREBY ORDERED** that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: May 8, 2018

_____
David C. Keesler
United States Magistrate Judge